E-FILED
Friday, 04 August, 2017  01:55:58 PM
Clerk, U.S. District Court, ILCD

SCANNED at PCC and E-Mailed
(date) by VL (initials)
8/4/7   # of pages 20

U.S. District Court For Central District of Illinois Rock Island
Divison

| STEVEN D LISLE JR # R40159 | ) | Compliant |
| vs        Plaintiff | ) | Jury Trial Requested |
| HADSALL   Defendants | ) | Civil Action No. _____ |

## I.  JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United states The Court has Jurisdiction under 28 USC Section 1331 and 1343(a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202 Plaintiffs claims for injunctive relief are authorized by 28 U.S.C Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil procedure The Central District of Illinors is an appropriate venue under 28 USC section 1391(b)(2) because it is where the events giving rise to this claim occured

## II.  Plaintiffs

Plaintiff, Steven D Lisle Jr. is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of Illinois Department of Corrections He is currently confined in Pontiac Correction Center in Pontiac Illinois.

| Defendants | Position / Title |
|---|---|
| Hadsall | Major |
| Susan Prentince | Major |
| Funke | Luitenet |
| Mister | Sergent |
| Lindsy | Luitenet |
| J-Fike | Officer |

Address: Po Box 99 Pontiac IL 61764 Each defendant stated above is sued individually and in his or her official capacity at all times mentioned in this complaint each defendant acted under the Color of State Law

## III.  Previous Law Suits

State and Federal Court law suits relating to imprisonment

1

Small Claims No 16-cc0607 Civil Complaints No. 15965 No.16-cv-00422 No.16 00421
No.16 cv4212 No. 17-1158. No. 17-cv 01327 No.17-cv-01336 No. 17-cv-01335

IV

## Facts

Lisle went to the North housing unit on suicide watch in the month of January in which pontiac employees transfered Lisle fan to the general property room. Lisle returned back to the East cell housing unit after being released from suicide watch Lisle then verbally informed his cell house gallery officer and lutenet and Sergent that he requested to have his fan returned See Exhibit 1 Lisle continued to submit A-V slips and request for pontiac employees to return his fan Lisle never received his fan on 3-30-16 Lisle wrote a grievance requesting for his fan to be returned In which his counselor informed Lisle to submit a A-V slip to have his fan returned See Exhibit 2   Lisle again submitted a A-V slip and never had his fan returned See Exhibit 1 Lisle suffers from a mental illness and takes psychotropic drugs during the summertime pontiac Correction allows all inmates to purchase a fan off commasiry or receive their fan from personal property do to the heat index during the summer months See Exhibit 3 During the month of June 2016 heat temptures started reaching up to 90% and 100% degrees do to the heat temptures mixed with Lisle psychotropic medication started to cause Lisle to have mental brake downs Lisle wrote a grievance again informing pontiac employees that the heat mixed with his medication was causing him harm and mental brake downs. Lisle takes Effexor and Geodon for his seriously mentally ill condition See Exhibit 4 Lisle again did not receive his fan Lisle counselor advised Lisle to submit a A-V slip to receive his fan See Exhibit 5 Lisle submitted a A-V slip on 6-15-16 to receive his fan in which (Major Hadsall) denied Lisle to receive his fan See Exhibit 6 By pontiac rules and percedures during the summer time a inmate is allowed to receive his fan See Exhibit 3. At the times stated when Lisle requested to receive his fan (Major Prentince) (Mister) (Punke) (Lindsy) (Major Hadsall) were officers in charge of controlling the east cell housing unit and knowingly denied Lisle to receive his fan See Exhibit 1 All defendants stated objective seriously affected Lisle

2

health and Safety by refusing to allow Lisle his fan during the summer time in high "heat" temptures which caused his body to have mental brake downs do to the heat and psychotropic drugs mixed the defendants actions made them Liable and violated Lisle US. Const 8 Th amendment cruel and unusual punishment based upon Lisle safe and humane conditions. on about 6-11-16

Lisle fainted and hit his head and passed out do to heat exhaustion and being kept behind a all steel door with no window holes to allow air in the cell Lisle was found unconcious laying on his cell floor by his gallery officer Bryant and med tec Becky. Lisle was transfered to the pontiac health care unit and kept for a 24 medical clearance and had I-vs put in his body do to heat exhaustion was caused by defendants See Exhibit 1 On 7-13-16 Lisle wrote a grievance for defendants refusing to give him his fan during the summer time in which Lisle advised defendants the heat mixed with his medication was causing harm to him and defendants were aware by leaving Lisle in those conditions would cause him harm where on 6-11-16 Lisle was injuried do to not having his fan See Exhibit 7 Defendants actions was Subjective and deliberate indifference officers knew of the condition and did not respond to it in a reasonable manner as well Lisle filed grievances. This was bad and lasted pass the month of August this made all defendants stated above Liable Lisle then filed a grievance in which Counselor Jones answered stating there is no A-v Slip in property See Exhibit 7 Lisle then appealed the Counselor reply to the grievance officer See Exhibit 8 Grievance officer replied unable to determine submit A-v Denial form See Exhibit 9 Lisle then sent grievance officer S. Simpson a copy of A-v denial form See Exhibit 6 Grievance officer then replied audiovisual shelf does not have a fan in storage for Lisle Property staff member M. Richard states they do not store offenders fans. Fans are issued to offenders and do not require an approved A/v Slip See Exhibit 10 M. Richard statement shows that Major Hadsall, Prentince, mister, Lindsy, Punke, methods forcing Lisle to request his fan by A/v slip where fans are issued to offenders and do not require an approved A/Slip shows all defendants cruel and unusual punishment

3

methods by not allowing Lisle his fan forcing Lisle to submit a A/v slip where A/v slips are not required. Grievance states Lisle personel property file was reviewed and does not contain a valid contract for a fan how ever this officer does observe Lisle was issued a fan sent as c/y from K-4 menard on 8 16/15 and a inventory conducted on 8/13/16 that does record electronics but not a fan See Exhibit 10 On 9/18/16 Major Hadsall and temporary Sergent (J-Fike) who Lisle has a pending claim of accessive force pending against came to the East cell house and conducted a cell house shake down on all cells behind bars. At this time Lisle was housed on 8 gallery behind the door in cell 8-19 Lisle cell was not shaken down See Exhibit 1 Lisle later received a shake down slip stating on 9-18-16 1-west bend fan, broken/altered, cracked case was confiscated during a shake down See Exhibit 11 However Lisle demonstrates the retilatory conduct of major Hadsall by lying and falsifying a confiscated fan 1 west bend fan trying to cover up the fact that all defendants were responsible for keeping Lisle fan from him untill Lisle was later injuried do to being kept in the east cell house all steel door with a metal plate for no air to circulate adequately in Lisle cell. Lisle now provides his original contract to show that Lisle owned a model Lasko make Whirlwind Fan See Exhibit 12 This Clearly shows Lisle purchase of fan in menard Correction that was sent to pontiac on 8 16/15 See Exhibit 10 This Clearly shows majorhadsall and pontiac employees falsified that they confiscated a 1-west bend fan from Lisle on 9-18-16 in which Lisle never owened or possed a 1-west bend fan medel as stated in Exhibit 11 Grievance officer cleary shows on 8/13/16 that property records electronic but no fan for Lisle See Exhibit 10 which shows the myskry fan confiscated on 9-18-16 1-west bend fan was clearly "Fabricated" where Lisle owned a Lasko whirl wind fan a different model - This shows defendants retilatory and cruel and unusual punishment by retilatory falsifying and trying to cover up that defendants caused Lisle harm

4

by keeping his fan away from him this made all defendants liable and violated Lisle U.S.Const 8, th 1, 5, 14th Amend cruel and unusual punishment deliberate indifference to serious medical needs ~ Safe and humane conditions in prison- due process Property - equal protection of the law and Conspiracy and retilation.

V. ## EXHAUSTION OF LEGAL REMEDIES

Plaintiff Steven D Lisle JR used the prisoner grievance procedure available at pontiac Correctional Center to try and solve the problem. On 3-30-16 and 6-11-16 and 7-13-16 and 7-21-16 and 8-25-16 and 8-22-16 and received response from grievance officer Lisle then timely appealed to the Arb See Exhibit 1

VI. ## Legal Claims

Plaintiff reallege and incorporate by reference paragraphs 1-7 The deliberate indifference to serious medical needs - safe and Humane Conditions in prison- violated Lisle rights and constituted Eighth Amendment Cruel and unusual punishment to the United states Constitution The plaintiff has no Plain adequate or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

VII. ## Prayer For Relief

WHEREFORE, plaintiff respectfully prays that this court enter Judgment granting plaintiff: A declaration that the acts and omissions described here in violated plaintiff rights under the constitution and laws of the United States A preliminary and permanent injunction ordering defendants. (1) Transfer plaintiff to stateville correctional center for placement. (2) While on suicide watch to be housed in the health care unit during the summer time. Compensatory damages in the amount of 200,000$ against each defendant Jointly and severally Punitive damages in the amount of 200,000$ against each defendant A Jury trial on all issues trible by Jury plaintiffs cost in this suit any additional relief this court deems Just proper, and equitable Dated 8-5-17 respectfully submitted

5

Steven D Lisle JR #R40159 PO Box 99 Pontiac IL 61764

## Verification

I have read the foregoing complaint and here by verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Pontiac IL 61764 on 8-3-17

_Steven D Lisle Jr_   Steven D Lisle Jr

## EXHIBITS

Ex 1    Affidavit
Ex 2    grievance
Ex 3    Staff Bulletin
Ex 4    medical report
Ex 5    grievance
Ex 6    A/V slip
Ex 7    grievance
Ex 8    grievance appeal
Ex 9    memorandum
Ex 10   grievance reply
Ex 11   Excess Personal Property Form
Ex 12   contract offen

Exhibit
1

**STATE OF ILLINOIS**       )
                            )
**COUNTY OF**               )

Livingston

## AFFIDAVIT

I ___StevenDLisleJR R40159___ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

State all facts mentioned in compliant and TRO are
true and correct

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __2__ day of ___August___ 2017

_____
                                            Affiant



Exhibit

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 3-30-16 | Offender: (Please Print) StevenDLisle JR | ID#: R40159 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Lisle went to the Northhouse on suicide watch
in January. His following Property items were
sent to property. And were supposed to
be return back to Lisle once he got off
crisis watch. Its Been months and
property has not returned Lisle property
+ Fan-Delyue Cubel cords Loss headphones
Headphone Extension-

Relief Requested: Return property items stated above

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

StevenDLisle JR            R40159    3,30,16
Offender's Signature          ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 3,31,16
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender must Complete an audio visual approval.
request.

Copied 8/23/16 LL

D Jones                    D/onc              3,31,16
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        R40159
Chief Administrative Officer's Signature              Date

Page 1                                    DOC 0046 (8/2012)



Exhibit 3

Bruce Rauner
Governor

The Illinois Department of Corrections

John Baldwin
Acting Director

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

## PONTIAC CORRECTIONAL CENTER
## STAFF BULLETIN #16-35

DATE:       June 1, 2016

TO:         All Offenders and Staff

FROM:       Michael P. Melvin, Acting Warden

SUBJECT:    Fan Purchase

During the months of June, July, and August, regardless of grade or shop
status, offenders shall be allowed a one-time purchase of a fan. This, of
course, only applies if they do not currently own a fan. Requests to purchase
a fan shall be forwarded to the respective cell house Major for approval.

The purchase of the fan is to be made on your regular scheduled shop date
only.

MPM:jlc

cc:     Assistant Warden Operations
        Assistant Warden Programs
        Department Supervisors
        DAO's
        FRCO
        File

Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

# MEDICATION ADMINISTRATION RECORD

EXHIBIT 4

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS |
|---|---|
| Original Order 5-10-13 | Effexor 75mg PO BID |
| Discontinue 11-5-16 | Khen |
| Original Order 5-10-16 | Geodon 40mg PO 310 |
| Discontinue 11-5-16 | Khen |
| Original Order 8-25-16 #30 Rx/ | Benuk 500mg PO QID #30 (w/sir pharminlw/out to pharmacy) deliver [Date] |
| Original Order 8-29-16 Rx/ 21 | Motrin 600mg PO QID #21 (w/sir w/out to pharmacy) deliver [Date] |

Form #8182LHR (Rev. 08/13)

Reorder From: MED-PASS 800-438-8884

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**  E213

| Date: 6-11-16 | Offender (Please Print) StevenDLisle JR | ID#: RY0159 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
Date of Report                                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

E CH
213
JP

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Inmate is intitled to have his Fan during the Summer time! Inmate went to suicide watch in the Northhouse in the month of January 2016 the East cell house sent inmate Lisle Fan to personal property. Lisle has requested that his fan be returned back to him for the last Five months. It is now the Summer time and the heat temptures has started to reach up in the 90's and 100's degrees. Inmate has had heat flushes and psychetic epeseides do to the heat mix with his medication.

Relief Requested: Fan Returned to inmate A.S.A.P

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Steven D Lisle / Offender's Signature        RY0159 / ID#        6,4,16 / Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

copied 7/6/16 LL

Date Received: 6,17,16

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender should request for AV approval through the Major to get this fan sent to him.

copied 6/23/16 LL

D Jones / Print Counselor's Name        DJ / Counselor's Signature        6,17,16 / Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner

_____                                    ___/___/___
Chief Administrative Officer's Signature                        Date

Distribution: Master File; Offender                 Page 1                 DOC 0046 (8/2012)

Printed

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

this type of exposure to inmate medication and heat
causes inmate to have mental break downs. This is clearly
Cruel and unusual punishment violates the U.S Constitution amend.

Steven Lisle
R40159
E-213

Exhibit 
6

*Upske to N...*
*...*

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Request for Return/Purchase of Contract Property
## Pontiac Correctional Center

### I REQUEST AUTHORIZATION FOR THE RETURN AND/OR PURCHASE OF CONTRACT PROPERTY

| STEVEN D LISLE JR | R40159 | East 2-13 | 6-15-16 |
|---|---|---|---|
| OFFENDER NAME | IDOC# | UNIT / CELL # | DATE |

| OFFENDER USE | | | |
|---|---|---|---|
| **OFFENDER: CHECK BOX TO PURCHASE FROM COMMISSARY** | | | |
| TELEVISION | | FAN | |
| RADIO | | RAZOR | |
| WALKMAN / ADAPTOR | | HEAD PHONES | |

OFFENDER: LIST THE AUDIO/VISUAL ITEMS STORED IN PERSONAL PROPERTY THAT YOU ARE REQUESTING TO BE RETURNED TO YOU:

FAN and TV - Headphones and Deluxe *...*

AFTER FILLING OUT TOP PORTION, SUBMIT TO UNIT SUPERVISOR

## STAFF USE ONLY

| | INITIAL SEG PLACEMENT | TOTAL SEG TIME | SEG OUTDATE | LAST O.D.R. | COMMENT |
|---|---|---|---|---|---|
| **SEG INFORMATION** | 7/29/15 | | 7/24/22 | 5/31/16 107,304,403 | |

| | AUDIO/VISUAL RESTRICTION DATES | COMMISSARY RESTRICTION DATE |
|---|---|---|
| **RESTRICTION INFORMATION** | | 7/29/15 - 5/14/23 |

| | PREVIOUS CONTRACT OR CONTRACT DESTROYED | | | |
|---|---|---|---|---|
| | TV | WALKMAN | FAN | RAZOR |
| **CONTRACT INFORMATION** | | | | |

Approved / ~~Disapproved~~   For Purchase

Approved / ~~Disapproved~~   To Obtain From Personal Property

Unit Supervisor Signature: *[signature]*                    Date: 6/21/16

Date Offender May Request Again:

Comments:  I.D.R  in  last  60 Days

Distribution:
Offender
Personal Property File (Return Request Only)
Commissary (Purchase Request Only)

*Printed on Recycled Paper*

PON 0160 (Rev. 01/2012)

Exhibit 

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7/3/16 | Offender: (Please Print) Steven OLisle JR | ID#: R40159 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☑ Other (specify): Mental health |

☐ Disciplinary Report: _____ / _____ / _____
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
 Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
 Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
 Chief Administrative Officer, only if EMERGENCY grievance.
 Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Inmate Lisle is a known mentally ill inmate who takes Psychotropic Drugs Lisle went on suicide watch in January 2016 Staff sent Lisle Fan to property Lisle returned from crisis watch Back the East cellhouse where he advised Sgt mister Liuetenet Punke and Major Prentince to return his Fan Lisle then sent written request and resubmitted AV slps to receive Fan. Do to Staff retaliation against Lisle he was not given his fan Back Lisle filed agrievance on 3-30-16 About his fan counselor Jones "respectfully" replied for Lisle to submit AV Slip

Relief Requested: 150,000$ Compensatory Damages Puntive Damage. Fan Returned And in the Summer when Lisle does not have a working Fan Kept behind bars or Kept in hospital do to medication and mentalsillness Transfer to Stateville Segregation

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Steven Lisle (signature) | R40159 | 7, 13, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7, 14, 16

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: There is no AV slip in Property. Offender must submit a slip again.

| DJones | Men (signature) | 7, 15, 16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ _____ / _____ / _____
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

on 3-31-16 Lisle continued to submit Au slips and
written request Lisle never received fan on 6-11-16
During the early month of summer the tempeture was high
Lisle again filed a grievance for his fan and that
do to him taking psychotropic Drugs mixed with the heat
was causing him mental brake downs do to the heat
mixed with medication Lisle had suffered from hallucanations
dellusions and caught a Disciplinary report do to having
mental brake downs caused by his mental illness mixed
with the heat and medication on 6-17-16 counselor
Jones again advised Lisle to submit a A-u slip
to receive Fan Lisle resubmitted Au slip and
on 6-21-16 he was denied his fan by A-u slip
Pontiac rules is a inmate is intitled his fan during
the hot temptures in the summer time. How ever
Lisle was denied to have his fan returned to him
on 6-11-16 Lisle fainted hit his head and passed out
do to heat exhaustion This violated Lisle 8th Amend U S const
Cruel and unusual punishment which caused Lisle to be injured
and hurt his self where lasle had to stay in hospital for
24 hours This conduct was deliberate and difference reckles
disseguard for Lisle. Lisle was also target by Major Prentince
and Lieutenet Funke and kept behind a steeldoor with no
fan this was cruel and unsual punishment and by Lisle being a
Known mental health inmate and advising the institution that
the heat was causing him mental brake downs mixed with
his medicine and not giving his fan behind a steel door
with no windows was cruel and unsual punishment and deliberate
indifference reckless disseguard for a known mental ill inmate
taking medication once inmate wrote grievause notify
parties it was causing problems
    Lisle is still having dizey spills and harsh throat
    and week legs when lisle fainted and hurt him
    self from the heat lisle legs gave out for
    20 hours this was painful.

Steven Lisle
R40159
E-607

8   for copies                    See
                                   Back →

appeal
To: Grievance Officer
→ S. Simpson

1. On 3-30-16 Lisle filed a grievance to receive his fan. Counselor inform Lisle to submit A-V slip see Exhibit 1

2. On 6-11-16 Lisle again filed another grievance to receive his fan. Counselor inform Lisle to submit A-V slip See Exhibit 2

3. On 6-15-16 Lisle submit a Av slip to receive his Fan on 6-21-16 Unit Supervisior denied Lisle to receive his fan from property see Exhibit 3

4. On 7-13-16 Lisle filed another grievance to receive his fan and do to his mental illness and medication the heat causes problems where Lisle went to hospital do to heat Counselor stated no A-V Slip was in property See Exhibit 4

5. Grievance officer on 7-21-16 advise Lisle to submit AV Denial form See Exhibit 5

6. On 8-16-16 Lisle submitted grievance to officer grievance officer advised Lisle to resubmit all grievances see Exhibit 6

Relief Requested

Bruce Rauner
Governor



Exhibit



John Baldwin
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 7-21-16

TO:     Name: Lisle     IDOC #: R40159

FROM:   Grievance Officer S. Simpson
        Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 7-13-16 Topic: Property Issue: Denied issuance of Fan (6-29-16)

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____.

__X__ Unable to determine nature of grievance/correspondence. Submit additional specific information. Submit A/V Denial Form.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

Exhibit
10

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** August 25, 2016          **Date of Review:** August 31, 2016          **Grievance #** (optional): 065141

**Offender:** Lisle, Steven                                                          **ID#:** R40159

**Nature of Grievance:** Property - Issuance of Fan

**Facts Reviewed:** Offender grieves he went on suicide watch in January, 2016 (Offender 360 indicates from 1/17/16 to 1/21/16) and his fan was sent to Personal Property. Grievant contends he was released from crisis watch and submitted written request for the fan but it was not returned. Grievant states he filed a grievance on 3/30/16 and Counselor D. Jones advised him to submit an Audio Visual slip. Grievant was advised again on 6/17/16 to submit an Audio Visual Slip. "On 6-21-16 he was denied his fan by A.V slip. Pontiac rules is a inmate is intitled his fan during the hot temptures in the summer time."

Counselor response dated 7/14/16 states there is no AV slip in Property. Offender must submit a slip again.

This Grievance Officer reviewed correspondence and offender's attachment "Request for Return / Purchase of Contract Property" listing Fan, TV, Headphones and cable cord that was denied by unit supervisor Major Hadsall on 6-21-16. This Officer in further reviewed offender's property file and Personal Property A/V shelf. Audio Visual shelf does not have a fan in storage for this offender. Property staff member M. Richard was interviewed in regards to the fan. Ms. Richard states they do not store offender fans. Fans are issued to offenders and do not require an approved A/V slip. Offender's personal property file was reviewed and it does not contain a valid contract for a fan however this officer does observe grievant was issued a fan (Sent as c/u from K-4 Menard), on 8/06/15. This Officer also found an inventory conducted on 8/13/16 that does record electronics but not a fan. This Officer does recommend reimbursement however without a valid contract to indicate date of purchase, this Officer cannot determine the value of item thus hindering the amount in which to reimburse.

Grievant may choose to forward issue to the ARB for further review and consideration.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on offender property file does not contain a valid contract for fan thus hindering this Office a recommended reimbursement amount.

S. Simpson

_____                          _____
Print Grievance Officer's Name                     Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 9 6 16       ☑ I concur       ☐ I do not concur       ☐ Remand

**Comments:**

Michael P Nelson

_____                                              9 6 16
Chief Administrative Officer's Signature                                  Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____                          _____      _____
Offender's Signature                                ID#                            Date

#11
E213

ILLINOIS DEPARTMENT OF CORRECTIONS

## Notice and Course of Action for Excess Personal Property

Pontiac CC
_____
Facility

Offender Name: Lisle _____  ID #: R40159 _____  Housing Unit: ~~ECH 819~~

Date of Confiscation: 9-18-16 due by 10-18-16 _____  Type of Confiscation:  ☐ Mail  ☒ Shakedown

The following item(s) exceed the allowable amount of Personal Property: _____

___1- westbend fan, broken/altered, cracked case_____

_____

_____

_____

_____

_____

_____

Check the applicable box/option below for the disposition of the confiscated contraband. Forward the original form by the above listed due date to Personal Property. Failure to choose by the listed deadline will result in the property being disposed of in accordance with the Departmental Rule 501 Subpart C, Searches for and Disposition of Contraband.

Check ONE box only:

☐ Mail item(s) out of the Facility. Provide name and address of person to whom the items are to be shipped and attach an Offender Authorization for Payment, DOC 0296, for postage. If you wish to have the items insured, you must note on the form the amount of insurance requested, such as the value of the item(s)

Name: _____  Address: _____

City: _____  State: _____  Zip Code: _____

☐ Have item(s) picked up at the facility. Request must be received in Personal Property 72 hours prior to visit.

Name of Person picking up item(s): _____  Date of pick up: _____

☐ Have item(s) destroyed:

Offender Name: _____  ID #: _____  Date: _____

☐ File a Grievance.

Counselor Name: _____  Date Grievance was filed: _____

Offender Signature: _____

Property not shipped, picked up from the facility, or destroyed within 30 days of notice of confiscation shall be sold, made State loan, given to a charitable organization or destroyed as determined by the Chief Administrative Officer in accordance with the provisions in Department Rule 501C. **NOTE: If a grievance is noted, possession of the confiscated item should be maintained until a final resolution is determined by the facility/ARB. If the item(s) cannot be maintained due to sanitation issues, documentation should be maintained, noting the reason necessitating the item's destruction.**



Distribution: Master File, Offender      *Printed on Recycled Paper*      DOC 0410 (Eff 12/2013)

# RESIDENT PERSONAL PROPERTY CONTRACT

Resident ............... LISLE .................... Register Number .... R40159

Date Issued ............. 4-5-10 ................. Purchase Price .. $25,41

Item ............... FAN ..................... Make ...... WHIRLWIND

Model ... LASKO ........................ Serial Number ... N/A

Description .... CLEAR ..............................................

The above item is my personal property. I understand that the violation of institutional rules governing the item may result in temporary or permanent revocation of the privilege to use this item. Should this item be confiscated, sold, traded, or given to another resident, this item will be confiscated by the Administration and classified as contraband. I agree that any and all repairs to this item will be at my expense through the proper channels. Upon release from the institution I will take this item with me or agree to donate it to the institution. I also understand the institution is discretion and will also understand in the event I purchase another item it will be used at the institution's discretion and will also understand in the event I purchase another item it will be used at the institution's discretion and I will also report same to the above listed and will not retain two similar items. Should this item be my responsibility to report same to the personal property officer within twenty-four hours via kite or

Issuing Officer ...... [signature] ...........................................

Resident ..... [signature] ......... Register Number ... R40159

PER.PROP.CONTRACT IL-426-9278-DCA-16163

