E-FILED
Monday, 21 May, 2018 03:34:13 PM
Clerk, U.S. District Court, ILCD

US District Court Central District of Illinois Peoria Division

STEVEN D LISLE JR #R40159 ) Complaint
vs Plaintiff ) Civil Action NO. 17-CV 01354
HADSALL Defendants ) Jury Trail Requested
) Chief Judge James Shadid

# AMENDED COMPLAINT

## I. Jurisdiction & Venue

This a Civil Action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C section 1331 and 1343 (a) (3) Plaintiff seeks declaratory relief pursuant to 28 USC section 2201 and 2202 Plaintiffs claims for injunctive relief are authorized by 28 USC Section 2283 2284 and Rule 65 of the Federal Rules of civil procedure The Central District of Illinois is an appropriat venue under 28 USC section 1391(b)(2) because it is where the events giving rise to this claim occured

## II. Plaintiffs

Plaintiff, Steven D Lisle JR is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of Illinois Department of corrections He is currently confined in Pontiac Correction Center in Pontiac Illinois

| Defendants | Position/Title |
|---|---|
| Hadsall | major |
| Susan Prentince | major |
| Punke | Luitenet |
| mister | Sergent |

Lindsy Luitenet
Fike officer
Address: Po Box 99 Pontiac IL 61764 Each defendant Stated above is sued individually and in his or her official Capacity at all times mentioned in this complaint each defendant acted under the color of state law

III. Previous Law Suits

State and Federal Court law suits relating to imprisonment
Small Claims No 16cc0607 Civil Complaint No 15cv965 No 16cv422 No 16cv421 No 16cv4217 No 17cv1158 No 17cv01327 No 17cv01336 No 17cv01335 No 17cv01488 No 17cv01507 No 17cv01530

IV. FACTS

I

EIGHTH AMENDMENT CLAIM BASED ON LIVING CONDITIONS

1. Plaintiff Went To North Housing Unit On Suicide Watch In The Month Of January. 2. Pontiac Employees Transfered Plaintiff Fan To The General Property Room. 3. Plaintiff Returned To East Housing Unit After Being Released From Suicide Watch. 4. Plaintiff Then Verbally Informed (Prentince)(Mister)(Punke)(Lindsy) That He Requested To Have His Fan Returned See Exhibit 1. 5. Plaintiff Fan Was Never Returned, Plaintiff Then Continued To Submit A-V Forms Requesting For Defendants To Return His Fan. 6. On 3-30-16 Plaintiff Filed A Grievance Requesting His Fan Be Returned. A Correctional Counselor Replied To Plaintiff Grievance "Stating" For Plaintiff To Submit A-V Form To Have Fan Returned See Exhibit 2

7. Plaintiff Again Submitted A-V Form Defendants Never Returned His Fan See Exhibit 1

8. On 6-11-16 Plaintiff Filed Another Grievance, Stating That For The Last Five Months He Had Been Requesting For His Fan To BE Returned, And That Due To It Being The Summer Season And Heat Temperatures Reaching Up To 90%-100% Degrees Had Caused Plaintiff To Have "Heat Flashes" And Psychotic Episodes, Due To The Heat Mixed With His Psychotropic Drugs. And That Type of Exposure To Plaintiff Caused Him To Have Mental Brake Downs, Which violated The Eighth Amendment of The United States Constitution Cruel And Unusual Punishment See Exhibit 3

9. A Correctional Counselor Replied To Plaintiff Grievance "Stating" For Plaintiff To Submit A-V Form See Exhibit 3. 10. During The Summer Season Pontiac Institution Allows All Inmates To Purchase A Fan From Inmate Commissary Or Receive Their Fan From Personal Property Due To The Heat Index During The Summer Season See Exhibit 4. 11. Due To Plaintiff Mental Illness He Takes Psychotropic Drugs. 12. During The Month of June 2016 Heat Temperatures Started Reaching Up To 90%-100% Degrees. 13. Due To The Heat Temperatures Mixed With Plaintiff Psychotropic Drugs Caused Plaintiff To Have Heat Flashes And Mental Brakedowns. 14. Plaintiff Then "Notified" Pontiac Employees Through Inmate Grievance Process That The Heat Mixed With His Psychotropic Drugs Was Causing Harm And Heat Flashes And Mental Brake Downs. 15. Plaintiff Took (Effexor And Geodon) Psychotropic Drugs For His Serious Mental Illness See Exhibit 5. 16. On 6-15-16 Plaintiff Submitted A-V Form Requesting To Receive His Fan As He Was Instructed To Do By Counselor In His 6-11-16 Grievance.

17. Defendant Hadsall Denied Plaintiff To Receive His Fan See Exhibit 6. 18. By Pontiac Institution Policies During The Summer Season A Inmate Is Allowed To Receive His Fan See Exhibit 4

19. Defendants Prentince, Mister, Punke, Lindsy, Hadsall were Officers In Charge Of Controlling The East Housing Unit, Where Plaintiff Was Being Housed And Knowingly Denied Plaintiff To Receive His Fan See Exhibit 1. All Defendants ObjeCtive Seriously Affected Plaintiff Health And Safety By Refusing To Allow Plaintiff His Fan During The Summer Season In High "Heat Temperatures, Which Caused Plaintiff Body To Have Heat Flashes And Mental Brake Downs Do To The Heat mixed with Psychotropic Drugs. Defendants Actions Made Them Liable And Violated Plaintiff Eighth Amendment of The United States Constitution Cruel And Unusual Punishment Based Upon Plaintiff Safe And Humane Conditions.

II

Deliberate Indifference

20. On 6-1-16 Plaintiff Fainted And Hit His Head And Passed Out Due To Heat Exhaustion And Being Kept Behind A Steel Door With No Window Holes To Allow Air In The Cell. 21. Plaintiff Was Found UnConscious Laying On His Cell Floor, By Gallery Officer Bryant And CMT Becky. 22 Plaintiff Was Transfered To The Health Care Unit, And Placed On A Twenty-Four Medical Hold With I-vs Put In His Body Due To Heat Exhaustion See Exhibit 1

23. On 7-13-16 Plaintiff Filed A Grievance For Defendants Refusing To Give Plaintiff His Fan During The Summer Season See Exhibit 7

24. Plaintiff "Notified" Defendants Through The Inmate Grievance Process That The Heat Mixed With His Medication Was Causing Harm To Him And That Due To The Heat mixed with His Psychotropic Drugs Caused Plaintiff "Heat Flashes" And Mental Brake Downs See Exhibit 3

25. Defendants Were "Aware" By Leaving Plaintiff In Those Conditions Would Cause Plaintiff Harm. Where on 6-1-16 Plaintiff was Insuried Do To Not Having His Fan See Exhibit 1.

26. Defendants Actions Was Subjective And Deliberate Indifference, Defendants Knew Of The Condition And Did Not Respond To It In A Reasonable Manner Where Plaintiff "Notified" Defendants By Using Grievence Process See Exhibit 3. Defendants "Actions" Were Bad And Lasted Pass The Month Of August This Made Defendants Prentince, Mister, Punke, Lindsy, Hadsall Liable And Constituted A Violation Of The Eighth Amendment Of The United States Constitution Medical Care For Serious Medical Needs.

III

Conspiracy To Violate Plaintiff Eighth And Fifth AND Fourteenth Amendments of The United States Constitution

27. Counselor Jones Replied To Plaintiff Grievance Stating There Is NO A-V Form In The Personal Property Storage Unit See Exhibit 7.

28. Plaintiff Then Appealed The Counselor Response To The Grievance Officer See Exhibit 8. 29. The Grievance Officer Replied Stating Unable To Determine That Plaintiff Submitted A-V Form That was Denied By The Major Responsible For Approving Or Denying A-V Forms See Exhibit 9. 30. Plaintiff Then Sent A Copy of His A-V Denial Form To Grievance officer See Exhibit 6.

31. Grievance Officer Then Replied The Audio visual Shelf In Property Does Not Have A Fan In Storage For Plaintiff See Exhibit 10. 32. The Grievance Officer Further Stated Property Storage Staff Member M. Richard "States" That Property Storage Does Not Store Offenders

Fans And That Fans Are Issued To Offenders And Do Not Require An Approved A-V Form See Exhibit 10.

33. M. Richard Statement "Shows" That Defendants Hadsall, Prentince, Mister, Lindsy, Punke Methods Forcing Plaintiff To Request His Fan By Submitting A-V Forms, Where Fans Are Issued To offenders And Do Not Require An Approved A-V Form Shows All Defendants Cruel And Unsual punishment Deliberate Indifference Methods Violated Plaintiff Eighth Amendment of The United States Constitution. By Not Allowing Plaintiff His Fan And Forcing Plaintiff To Submit A-V Forms Where A-V Forms Are Not Required As M. Richard stated In Plaintiff Grievence Response See Exhibit 10. Even After Plaintiff Continued To Submit A-V Forms Defendant Hadsall Denied Plaintiff A-V Form So That Plaintiff Could Not receive His Fan See Exhibit 6. 34. Grievance Officer Response To Plaintiff Grievance Shows That Plaintiff Transfered From Menard Correctional Center To the Pontiac Correctional Center With A Fan See Exhibit 10. 35. Property Storage Room Showed On 8-13-16 No Fan Was Recorded As Being In The Property Storage Room For Plaintiff see Exhibit 10

36. FOR THE COURT TO PROPERLY UNDERSTAND PLAINTIFF CONSPIRACY CLAIM "PLAINTIFF" WAS NEVER IN POSSESSION OF HIS FAN SINCE HE RETURNED FROM SUICIDE WATCH IN THE MONTH OF JANUARY 2016

37. On 9/18/16 Hadsall And Fike Conducted Shake Downs In The East Cell House.

38. Plaintiff Cell Was Not Shooking Down See Exhibit 1
39. Plaintiff Received A Property Form Stating A West Band Fan Was Confiscated During A Shake down See Exhibit 11
40. Plaintiff Only Owned A WhirlWind Fan See Exhibit 12
41. By Fike And Hadsall "Fabricating" That A West Band Fan Was Confiscated From Plaintiff on 9/18/16 Shows The Conspiracy Of Fike And Hadsall To Conceal All Defendants Violation of Plaintiff Living Conditions Defendants Cruel And unusual Punishment And Deliberate Indifference To Serious Medical Needs of The Eighth Amendment Of The United States Constitution.
42. Plaintiff Only "Owned" A WhirlWind Fan, Which Defendants Never Returned From The Month of January 2016.
43. By Fike And Hadsall "Fabricating" That A West Band Fan Was Confiscated From Plantiff Who "Never" Owned A West Band Fan or Had Possession of The West Band Fan shows Defendants Conspiracy "Acts" To Conceal That All Defendants violated Plaintiff Living conditions And Were Deliberate Indifference To Plaintiff Serious Medical Needs In Violation of The Eighth Amendment Of The United states Constitution. Defendants Fike, Hadsall, Prentince, Mister, Lindsy, Penke Acts made Them Liable For Conspiracy To Conceal That All Defendants violated Plaintiff Eighth Amendment. Defendants Actions made Them All Liable for Conspiracy which violated Plaintiff Eighth, Fifth, Fourteenth Amendments of The United States Constitution Due process Equal Protection of The law Cruel and Unusual punishment Living Conditions Deliberate Indifference To Serious medical Needs

V. Exhaustion OF Legal Remedies

Plaintiff Steven D Lisle JR used the prisoner grievance procedure available at Pontiac Correctional Center to try and solve the problem. On 3-30-16 and 6-11-16 and 7-21-16 and 8-25-16 and 8-22-16 and received response from grievance officer then timely appealed to Arb See Exhibit 1

VI. Legal Claims

Plaintiff reallege and incorporate by reference paragraphs 1-7 Deliberate Indifference To Serious Medical Needs - Safe and Humane Conditions in prison ~~due process equal protection of the laws~~ conspiracy violated Plaintiff rights and Constituted Eighth, Fifth, Fourteenth Amendment. Cruel and unusual punishment Equal protection of the laws Due process to the United States Constitution The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

VII. Prayer For Relief

Where Fore, plaintiff respectfully prays that this court enter Judgment granting plaintiff: A declaration that the acts and omissions described here in violated plaintiff rights under the constitution and laws of the United states A preliminary and permanent injunction ordering defendants (1) Transfer Plaintiff to Stateville Correctional center for placement. (2) While on suicide watch to be housed in the health care unit during the summer time. Compensatory damages in the amount of 200,000$ against each defendant Jointly and severally Punitive Damages in the amount of 200,000$ against each defendant A Jury trial on all issues triable by Jury plaintiff cost

in this suit any additional relief this court deems Just proper, and equitable Dated 12-6-17 respectfully submitted Steven Dulisle JR #R24015 9 PoBox Pontiac IL 61764

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those I believe them to be true, I certify under penalty of perjury that the foregoing is true and correct Executed at Pontiac IL 61764 on 12-6-17 [signature] Steven Dulisle JR

# Exhibit

1. Declaration
2. grievance
3. grievance
4. Staff Bulletin
5. medical form
6. AV Form
7. grievance
8. appeal to grievance officer
9. memoranDum
10. grievance report
11. Personal property form
12. Personal property Contract

Exhibit

1

US District Court Central District of Illinois Peoria Division

Steven D Lisle JR #R40159 )

v Plaintiffs ) Declaration of Steven D Lisle JR

Hadsall ) Civil Action No 17-cv-01354

Defendants )

Steven D Lisle JR hereby declares:

All facts stated in Amended Complaint are true and correct to the best of my knowledge

I declare under Penalty of perjury that the foregoing is true and correct. Executed at Pontiac IL on December 5, 2017

Steven D Lisle JR



Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 3-30-16 | Offender: (Please Print) Steven D Lisle JR | ID#: R40159 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): ______

- [ ] Disciplinary Report: ___/___/___ Date of Report ______ Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Lisle went to the North house on Suicide watch in January. His following Property items were sent to property. And were suposed to be return back to Lisle once he got off Crisis watch. Its Been months and property has not returned Lisle property + Fan - Delxue Cabel cords - koss headphones Headphone Extension -

**Relief Requested:** Return property items Stated above

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Steven D Lisle JR — Offender's Signature
R40159 — ID#
3, 30, 16 — Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 3, 31, 16

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender must complete an audio visual approval request.

D Jones — Print Counselor's Name
[signature] — Counselor's Signature
3, 31, 16 — Date of Response

Copied 8/23/16 LL

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature
___/___/___ Date



Distribution: Master File; Offender

DOC 0046 (8/2012)

3 Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** E213

| Date: 6-11-16 | Offender (Please Print): Steven D Lisle JR | ID#: R71059 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):
- [ ] Disciplinary Report: ___ Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

ECH 213 JP

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Inmate is intitled to have his fan during the summertime! Inmate went to suicide watch in the Northhouse in the month of January 2016 the East cell house sent inmate Lisle Fan to personal property. Lisle has requested that his fan be returned back to him for the last Five months. It is now the summer time and the heat temptures has started to reach up in the 90% and 100% degrees. Inmate has had heat flashes and psychotic epesodes do to the heat mix with his medication

Relief Requested: Fan Returned to inmate A.S.A.P

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: [signature] ID#: R71059 Date: 6/11/16

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 6/17/16 — [ ] Send directly to Grievance Officer — [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender should request for AV approval through the Major to get this fan sent to him.

Print Counselor's Name: D Jones — Counselor's Signature: [signature] — Date of Response: 6/17/16

copied 7/1/16 LL

copied 8/23/16 LL

**EMERGENCY REVIEW**

Date Received: ___ Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___ Date ___

Distribution: Master File; Offender — Page 1 — DOC 0040 (8/2012)

Printed

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

this type of exposure to inmate medication and heat causes inmate to have mental breakdowns! This is clearly Cruel and unusual punishment violates the U.S Constitution 8th amend

Steven Lisle
R40159
E-213

Exhibit 4

Bruce Rauner
Governor



John Baldwin
Acting Director

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# PONTIAC CORRECTIONAL CENTER
## STAFF BULLETIN #16-35

DATE: June 1, 2016

TO: All Offenders and Staff

FROM: Michael P. Melvin, Acting Warden

SUBJECT: **Fan Purchase**

During the months of June, July, and August, regardless of grade or shop status, offenders shall be allowed a one-time purchase of a fan. This, of course, only applies if they do not currently own a fan. Requests to purchase a fan shall be forwarded to the respective cell house Major for approval.

The purchase of the fan is to be made on your regular scheduled shop date only.

MPM/jle

cc: Assistant Warden Operations
Assistant Warden Programs
Department Supervisors
DAO's
FRCO
File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit # 5

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–29 | 30 | 31 |
|---|---|---|---|---|---|
| Original Order 5.10.16 / Discontinue 11.5.16 / Rx # | Effexor 75mg PO BID — Khan | AM | [illegible handwritten initials] | | |
| | | PM | [illegible handwritten initials] | | |
| Original Order 5.10.16 / Discontinue 11.5.16 / Rx # | Geodon 40mg PO BID — Khan | AM | [illegible handwritten initials] | | |
| | | PM | [illegible handwritten initials] | | |
| Original Order 8/25/16 / Discontinue / Rx # 30 | Pen VK 500mg PO QID #30 cards ir pharmacy/RN/CMT to Deliver — Dental | | | X | |
| Original Order 8/25/16 / Discontinue / Rx # 21 | Motrin 600mg PO QID #21 cards ir pharmacy/RN/CMT to Deliver — Dental | | | X | |
| Original Order / Discontinue / Rx # | | | | | |
| Original Order / Discontinue / Rx # | | | | | |

| Initial / Signature | Initial / Signature | Initial / Signature | Initial / Signature | Initial / Signature |
|---|---|---|---|---|
| | J [signature] | [signature] RN | [signature] RN | MW [signature] |
| | M. Monegan RN | F [signature] | MW M. Sweeten | [signature] |
| | | | K K. Caldwell CMT | M [signature] |

Location: 337 | Date of Birth or Soc. Sec. No. | Allergies: NKDA | Diagnosis

Inmate Name and Number: Lisle R40159 | Facility: Pm | Charting for: Aug | Through: 2016

Form # 5182LMR (Rev 08/13)

Reorder From: MED-PASS 800-438-8884

Lisle v. Butler et al., (16-422) IDOC No.: 000135

1:17-cv-01354-JES # 22 Page 16 of 24

Exhibit 6

ILLINOIS DEPARTMENT OF CORRECTIONS
**Request for Return/Purchase of Contract Property**
**Pontiac Correctional Center**

I REQUEST AUTHORIZATION FOR THE RETURN AND/OR PURCHASE OF CONTRACT PROPERTY

| OFFENDER NAME | IDOC# | UNIT / CELL # | DATE |
|---|---|---|---|
| STEVEN DLISLE JR | B40159 | East 2-13 | 6-15-16 |

| OFFENDER USE<br>OFFENDER: CHECK BOX TO PURCHASE FROM COMMISSARY | | | |
|---|---|---|---|
| TELEVISION | | FAN | |
| RADIO | | RAZOR | |
| WALKMAN / ADAPTOR | | HEAD PHONES | |

OFFENDER: LIST THE AUDIO/VISUAL ITEMS STORED IN PERSONAL PROPERTY THAT YOU ARE REQUESTING TO BE RETURNED TO YOU:

FAN and TV - Headphones and Deluxe Cable cords

AFTER FILLING OUT TOP PORTION, SUBMIT TO UNIT SUPERVISOR

**STAFF USE ONLY**

| SEG INFORMATION | INITIAL SEG PLACEMENT | TOTAL SEG TIME | SEG OUTDATE | LAST O.D.R. | COMMENT |
|---|---|---|---|---|---|
| | 7/29/15 | | 7/24/22 | 5/31/16 107, 304, 403 | |

| RESTRICTION INFORMATION | AUDIO/VISUAL RESTRICTION DATES | COMMISSARY RESTRICTION DATE |
|---|---|---|
| | | 7/29/15 - 5/14/23 |

| CONTRACT INFORMATION | PREVIOUS CONTRACT OR CONTRACT DESTROYED | | | |
|---|---|---|---|---|
| | TV | WALKMAN | FAN | RAZOR |
| | | | | |

Approved / Disapproved (circled) For Purchase

Approved / Disapproved (circled) To Obtain From Personal Property

Unit Supervisor Signature: [signature] Date: 6/21/16

Date Offender May Request Again:

Comments: I.D.R in last 60 Days

Distribution:
Offender
Personal Property File (Return Request Only)
Commissary (Purchase Request Only)

*Printed on Recycled Paper*

PON 0160 (Rev. 01/2012)



ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

| Date: 7/13/16 | Offender: (Please Print) Steven D Lisle JR | ID#: R40159 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Mental health

- [ ] Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Inmate Lisle is a known mentally ill inmate who takes psychotropic Drugs Lisle went on suicide watch in January 2016 Staff sent Lisle Fan to property Lisle returned from crisis watch Back the East cellhouse where he advised Sgt Mister Liutenet Punke and Major Prentince to return his Fan Lisle then sent written request and resubmitted AV Slips to receive Fan. Do to Staff retiliation against Lisle he was not given his fan Back Lisle filed agrivance on 3-30-16 About his fan counselor Jones "respectfully" replied for Lisle to submit AV slip

**Relief Requested:** 150,000$ Compensatory Damages Punitive Damage Fan Returned And in the Summer when Lisle does not have a working Fan kept behind bars or kept in hospital do to medication and mental illness Transfer to Stateville Segregation

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature — R40159 ID# — 7/13/16 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 7/14/16 — [ ] Send directly to Grievance Officer — [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: There is no AV slip in Property. Offender must submit a slip again.

D Jones — Print Counselor's Name — [signature] Counselor's Signature — 7/15/16 Date of Response

Received 7/15/16

**EMERGENCY REVIEW**

Date Received: ___/___/___ — Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature — ___/___/___ Date

Distribution: Master File; Offender



DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

on 3-31-16 Lisle continued to submit AV Slips and written request Lisle never received fan on 6-11-16 During the early month of summer the tempeture was high Lisle again filed a grievance for his fan and that do to him taking psychotropic Drugs mixed with the heat was causing him mental brake downs do to the heat mixed with medication Lisle had suffered from hollucanations delluisions and caught a Disciplinary report do to having mental brake downs caused by his mental illness mixed with the heat and medication on 6-17-16 counselor Jones again advised Lisle to submit a A-V slip to receive fan Lisle resubmitted AV slip and on 6-21-16 he was denied his fan by A-V slip Pontiac rules is a inmate is intitled his fan during the hot temptures in the summer time. How ever Lisle was denied to have his fan returned to him on 6-11-16 Lisle fainted hit his head and passed out do to heat exhaustion This violated Lisle 8th Amend U.S. const Cruel and unusual punishment which caused Lisle to be injured and hurt his self where lisle had to stay in hospital for 24 hours this conduct was deliberate and defference reckles disreguard for Lisle. Lisle was also target by Major Prentince and Liutenant Punke and kept behind a steel door with no fan this was Cruel and unusual punishment and by Lisle being a Known mental health inmate and advising the institution that the heat was causing him mental brake downs mixed with his medicine and not giving his fan behind a steel door with no windows was Cruel and unsual punishment and deliberate indifference reckless disreguard for a Known mental ill inmate taking medication once inmate wrote grievance notify parties it was causing prombloms

Lisle is still having dizzy spills and harsh throat and week legs when lisle fainted and hurt him self from the heat lisle legs gave out for 20 hours this was peinful.

Steven Lisle
R40159
E-607



Printed on Recycled Paper

8 Grievance On 8-22-16 for copies

See Back

appeal

To: Grievance Officer
→ S. Simpson

1. On 3-30-16 Lisle filed a grievance to receive his fan. Counselor inform Lisle to submit A-V slip see Exhibit 1

1. On 6-11-16 Lisle again filed another grievance to receive his fan. Counselor Inform Lisle to submit A-V slip See Exhibit 2

3. On 6-15-16 Lisle submit a AV slip to receive his Fan on 6-21-16 Unit Supervisior denied Lisle to receive his Fan from property see Exhibit 3

1. On 7-13-16 Lisle filed another grievance to receive his fan and do to his mentalillness and medication the heat causes problems where Lisle went to hospital do to heat Counselor stated no A-V Slip was in property See Exhibit 4

1. Grievance officer on 7-21-16 advise Lisle to submit AV Denial form See Exhibit 5

1. On 8-16-16 Lisle submitted grievance to officer grievance officer advised Lisle to resubmit all grievances see Exhibit 6

Relief Requested

Bruce Rauner
Governor

9
Exhibit



John Baldwin
Acting Director

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 7-21-16

TO: Name: Lisle IDOC #: R 40159

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 7-13-16 Topic: Property Issue: Denied issuance of Fan (6-29-16)

The attached is being returned for the reason(s) listed below:

____ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

____ Use proper Committed Person's Grievance (DOC 0046).

____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: ____.

X Unable to determine nature of grievance/correspondence. Submit additional specific information. Submit A/V Denial Form.

____ Illegible copy submitted – submit legible copy for consideration.

____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.



*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit 10



ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

**Date Received:** August 25, 2016 **Date of Review:** August 31, 2016 **Grievance #** (optional): 065141

**Offender:** Lisle, Steven **ID#:** R40159

**Nature of Grievance:** Property - Issuance of Fan

**Facts Reviewed:** Offender grieves he went on suicide watch in January, 2016 (Offender 360 indicates from 1/17/16 to 1/21/16) and his fan was sent to Personal Property. Grievant contends he was released from crisis watch and submitted written request for the fan but it was not returned. Grievant states he filed a grievance on 3/30/16 and Counselor D. Jones advised him to submit an Audio Visual slip. Grievant was advised again on 6/17/16 to submit an Audio Visual Slip. "On 6-21-16 he was denied his fan by A.V slip. Pontiac rules is a inmate is intitled his fan during the hot temptures in the summer time."

Counselor response dated 7/14/16 states there is no AV slip in Property. Offender must submit a slip again.

This Grievance Officer reviewed correspondence and offender's attachment "Request for Return / Purchase of Contract Property" listing Fan, TV, Headphones and cable cord that was denied by unit supervisor Major Hadsall on 6-21-16. This Officer in further reviewed offender's property file and Personal Property A/V shelf. Audio Visual shelf does not have a fan in storage for this offender. Property staff member M. Richard was interviewed in regards to the fan. Ms. Richard states they do not store offender fans. Fans are issued to offenders and do not require an approved A/V slip. Offender's personal property file was reviewed and it does not contain a valid contract for a fan however this officer does observe grievant was issued a fan (Sent as c/u from K-4 Menard), on 8/06/15. This Officer also found an inventory conducted on 8/13/16 that does record electronics but not a fan. This Officer does recommend reimbursement however without a valid contract to indicate date of purchase, this Officer cannot determine the value of item thus hindering the amount in which to reimburse.

Grievant may choose to forward issue to the ARB for further review and consideration.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on offender property file does not contain a valid contract for fan thus hindering this Office a recommended reimbursement amount.

S. Simpson (Print Grievance Officer's Name) [signature] (Grievance Officer's Signature)

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 9/6/16 ☑ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature] Chief Administrative Officer's Signature 9/6/16 Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Offender's Signature ID# Date



Printed on Recycled Paper

Exhibit # 11

E213

ILLINOIS DEPARTMENT OF CORRECTIONS

## Notice and Course of Action for Excess Personal Property

Pontiac CC
Facility

Offender Name: Lisle ID #: R40159 Housing Unit: ~~ECH 819~~

Date of Confiscation: 9-18-16 due by 10-18-16 Type of Confiscation: ☐ Mail ☒ Shakedown

The following item(s) exceed the allowable amount of Personal Property: 1-westbend fan, broken/altered, cracked case

Check the applicable box/option below for the disposition of the confiscated contraband. Forward the original form by the above listed due date to Personal Property. Failure to choose by the listed deadline will result in the property being disposed of in accordance with the Departmental Rule 501 Subpart C, Searches for and Disposition of Contraband.

Check ONE box only:

☐ Mail item(s) out of the Facility. Provide name and address of person to whom the items are to be shipped and attach an Offender Authorization for Payment, DOC 0296, for postage. If you wish to have the items insured, you must note on the form the amount of insurance requested, such as the value of the item(s)

Name: ______ Address: ______

City: ______ State: ______ Zip Code: ______

☐ Have item(s) picked up at the facility. Request must be received in Personal Property 72 hours prior to visit.

Name of Person picking up item(s): ______ Date of pick up: ______

☐ Have item(s) destroyed:

Offender Name: ______ ID #: ______ Date: ______

☐ File a Grievance.

Counselor Name: ______ Date Grievance was filed: ______

Offender Signature: ______

Property not shipped, picked up from the facility, or destroyed within 30 days of notice of confiscation shall be sold, made State loan, given to a charitable organization or destroyed as determined by the Chief Administrative Officer in accordance with the provisions in Department Rule 501C. **NOTE: If a grievance is noted, possession of the confiscated item should be maintained until a final resolution is determined by the ARB. If the item(s) cannot be maintained due to sanitation issues, documentation should be maintained, noting the reason for the item's destruction.**

KH 10-18-16

Exhibit 12

# RESIDENT PERSONAL PROPERTY CONTRACT

Resident ....LISLE.................... Register Number ....R40159....................

Date Issued ....4-6-10.................... Purchase Price....$25.41....................

Item ....FAN.................... Make ....WHIRLWIND....................

Model ....LASKO.................... Serial Number ....N/A....................

Description ....CLEAR....................

The above item is my personal property. I understand that the violation of institutional rules governing the item may result in temporary or permanent revocation of the privilege to use this item. Should this item be [loaned], sold, traded, or given to another resident, this item will be confiscated by the Administration and classified as contraband. I agree that any and all repairs to this item will be at my expense through the proper [institution] facilities and upon release from the institution I will take this item with me or agree to donate it to [the institution] to be used at the institution's discretion. I also understand in the event I purchase another item [as described] above I will dispose of the above item and will not retain two similar items. Should this item be stolen it is my responsibility to report same to the personal property officer within twenty-four hours via kite or [in person].

Resident ....S. [signature] JR.... Register Number ....R40159....

Issuing Officer ....[signature]....

PER.PROP.CONTRACT IL-426-9278-DCA-16183

