IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN D. LISLE, Jr., #R40159, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cv-1354 |
| ) | |
| HADSALL, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Warren Hadsall, Timothy Lindsay, Randall Meister, Susan Prentice, and Todd Punke, by and through their attorney, Lisa Madigan, and for their Answer and Affirmative Defenses to Plaintiff's Amended Complaint [ECF # 22], pursuant to the Court's Merit Review Order of May 21, 2018 [ECF # 21], in the above cause, state as follows:

### ALLEGATIONS ENUMERATED IN THIS HONORABLE COURT'S ORDER DATED MAY 21, 2018

1. Pursuant to its merit review of the amended complaint under 28 U.S.C. § 1915A, the Court finds the Plaintiff has restated his allegation that Defendants Prentice, Mister, Punke, Lindsy and Hadsall violated his Eighth Amendment rights based on excessive heat and the denial of a fan in June of 2016 resulting in the Plaintiff suffering heat exhaustion. The claim is stated against the Defendants in their individual capacities only. Any additional claims shall not be included in the case, except at the Court's discretion on motion by a party for good cause shown or pursuant to Federal Rule of Civil Procedure 15.

**ANSWER: Defendants deny the allegations contained in this paragraph. Defendants deny any violation of Plaintiff's constitutional rights whatsoever, and further deny Plaintiff is entitled to any relief whatsoever.**

### RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

### JURY DEMANDED

Defendants demand a trial by jury in this matter.

## AFFIRMATIVE DEFENSES

**1. Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

**2. Sovereign Immunity**

To the extent that Plaintiff has alleged claims against Defendants in their official capacities, those claims are barred by the Eleventh Amendment.

**3. Injunctive Relief Barred**

Plaintiff is suing Defendants for injunctive relief not intended to address ongoing violations. Plaintiff's requests for such relief are barred by the Eleventh Amendment, sovereign immunity, and the Prison Litigation Reform Act.

**4. Exhaustion of Administrative Remedies**

Plaintiff has filed suit concerning his time in Illinois Department of Corrections' custody. Plaintiff has failed to properly exhaust his administrative remedies regarding at least one of his claims as is required prior to filing suit under 42 U.S.C. §1983, and his claims are, therefore, barred by the Prison Litigation Reform Act (42 U.S.C. §1997e(a)) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3d 532 (7th Cir. 1999).

                                      Respectfully submitted,

LISA MADIGAN  
Attorney General of Illinois                     By:    /s/ Alan Williams  
                                                           Alan Williams  
                                                           Assistant Attorney General  
                                                           100 W. Randolph St., 13th Floor  
                                                           Chicago, Illinois 60601  
                                                           T: 312-814-3654, F: 312-814-4425  
                                                           ajwilliams@atg.state.il.us  
                                                           *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, the foregoing document, *Defendants' Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

And I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

    Steven D Lisle, Jr., #R40159  
    Pontiac Correctional Center  
    Inmate Mail/Parcels  
    PO Box 99  
    Pontiac, IL 61764

                                                           Respectfully submitted,

                                                           /s/ Alan Williams  
                                                           Alan Williams