## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| STEVEN D. LISLE, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-cv-1354 |
| | ) | |
| HADSALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

NOW COMES the Plaintiff, Steven D. Lisle, Jr., *Pro Se*, and the Defendants, Warren Hadsall, Timothy Lindsay, Randall Meister, Susan Prentice, and Todd Punke, by their attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1.  This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2.  Each party shall bear their own attorney's fees, costs and expenses.

AGREED:


Steven D. Lisle, Jr.                       Date: 7-30-19
*Pro Se*


Alan Williams                             Date: 9/10/19
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
T: 312-814-3654, F: 312-814-4425
ajwilliams@atg.state.il.us
*Attorney for Defendants*