

# United States District Court
## Central District of Illinois

### Office of the Clerk

Tel: 217.492.4020
Fax: 217.492.4028

December 3, 2019

Steven Lisle Jr.-R40159
Dixon Correctional Center
2600 N Brinton Ave
Dixon, IL 61021

Re: DILC117CV001158 et al

Mr. Lisle,

The United States District Court of Central Illinois Finance Department received your request for a balance on all your cases in our court. We have listed below the case numbers, amount ordered, amount paid and outstanding balance. Please let us know if you have any questions.

| Case Numbers: | Amount Ordered: | Amount Paid: | Balance Owed: |
|---|---|---|---|
| DILC117CV001158 | $350.00 | $350.00 | $0 |
| DILC117CV001327 | $350.00 | $350.00 | $0 |
| DILC117CV001335 | $350.00 | $350.00 | $0 |
| DILC117CV001336 | $350.00 | $170.03 | $179.97 |
| DILC117CV001354 | Fees Waived | | |
| DILC117CV001488 | $350.00 | $0 | $350.00 |
| DILC117CV001507 | $350.00 | $0 | $350.00 |
| DILC117CV001508 | $0 | $0 | $0 |
| DILC117CV001530 | Fees Waived | | |
| DILC117CV001577 | Fees Waived | | |
| DILC117CV01577A | $505.00 | $0 | $505.00 |
| DILC118CV001103 | $350.00 | $0 | $350.00 |
| DILC118CV001176 | $350.00 | $0 | $350.00 |

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily relocated for mail and hearings to):
131 E. 4th Street, Rm 250
Davenport, IA 52801
309.793.5778

| Case Numbers:    | Amount Ordered: | Amount Paid: | Balance Owed: |
|------------------|-----------------|--------------|---------------|
| DILC118CV001177  | $350.00         | $0           | $350.00       |
| DILC118CV001187  | $350.00         | $0           | $350.00       |
| DILC118CV001210  | $350.00         | $0           | $350.00       |
| DILC118CV001253  | $350.00         | $0           | $350.00       |
| DILC118CV001395  | $350.00         | $0           | $350.00       |
| DILC118CV001396  | $350.00         | $0           | $350.00       |
| DILC413CV004025  | $5.00           | $5.00        | $0            |
| DILC413CV04025A  | $505.00         | $0           | $505.00       |

Sincerely,
Finance Department

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 40
Rock Island, IL 61201
309.793.5778